**JUSTIN M. BAXTER**
Oregon State Bar ID Number 992178
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**KEITH D. KARNES**
Oregon State Bar ID Number 033521
kkarnes@olsendaines.com
Olsen, Olsen & Daines
3995 Hagers Grove Road SE
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NICKALAS BRADSHAW**, **MEGAN BRADSHAW**<br><br>         Plaintiffs,<br><br>   v.<br><br>**BAC HOME LOANS SERVICING, LP**, a foreign corporation; **TRANS UNION, LLC**, a foreign company; **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES LLC**, a foreign company<br><br>         Defendants. | Case No. 3:10-CV-00438-HA<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO SERVE DISCOVERY RESPONSES** |

Page 1 - **PLAINTIFF'S MOTION FOR LEAVE TO SERVE DISCOVERY RESPONSES**

Pursuant to LR 7.1 counsel for plaintiffs have with opposing counsel prior to filing this motion, and defendant Trans Union, LLC (hereinafter referred to as "Trans Union") opposes the motion. Plaintiffs have settled their claims in this case against defendants BAC Home Loans and Equifax Information Services. Defendant Experian Information Solutions remains in the case.

## MOTION

Plaintiffs move for an order expanding the time for plaintiffs to respond to Trans Union's written discovery requests, which include a request for admissions, request for production, and interrogatories. FRCP 36(a)(3), FRCP 33(b)(2), FRCP 34(b)(2). This motion is supported by the memorandum in support and declaration filed herewith.

DATED this February 2, 2011.

        Respectfully submitted,

        /s/ Justin M. Baxter
        _____
        Justin M. Baxter, OSB #992178
        justin@baxterlaw.com
        Baxter & Baxter, LLP
        8835 SW Canyon Lane, Suite 130
        Portland, OR 97225
        Telephone (503) 297-9031
        Facsimile (503) 291-9172

        Keith D. Karnes, OSB # 033521
        kkarnes@olsendaines.com
        Olsen, Olsen & Daines
        3995 Hagers Grove Road SE
        Salem, OR 97309-0829
        Telephone (503) 362-9393
        Facsimile (503) 362-1375
        Attorneys for Plaintiff