FILED 11 APR 01 15:34USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NICKALAS BRADSHAW, and MEGAN BRADSHAW,<br><br>       Plaintiffs,<br><br>       v.<br><br>BAC HOME LOANS SERVICING, LP, a foreign corporation; TRANS UNION, LLC, a foreign company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and EQUIFAX INFORMATION SERVICES, LLC, a foreign company;<br><br>       Defendants. | Civil No. 10-438-HA<br><br>ORDER |

HAGGERTY, District Judge:

    Pursuant to the Joint Stipulation of Dismissal with Prejudice, IT IS ORDERED that the claims and demands of plaintiffs, Nickalas Bradshaw and Megan Bradshaw, against defendant Equifax Information Services, LLC are hereby dismissed with prejudice, with each party to bear its own costs.

    IT IS SO ORDERED.

    DATED this 31 day of March, 2011.

                                                    /s/ Ancer L. Haggerty<br>
                                                  Ancer L. Haggerty<br>
                                                  United States District Judge

1 -- ORDER