**Jennifer L. Bouman-Steagall, Esq.** (OSB #000286)
E-Mail:  jennifer@elodirect.com
Employment Law Outsourcing, LLC
16200 SW Pacific Hwy., Suite H-188
Tigard, OR  97224
Telephone:  503-704-4991
Fax:  971-404-0911
Local Counsel for Defendant Trans Union, LLC


**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
**Breanne J. Strubinger, Esq.** (Admitted *Pro Hac Vice*)
**Karen Butler Reisinger, Esq.** (Admitted *Pro Hac Vice*)
E-Mail:  wbrown@schuckitlaw.com
         bstrubinger@schuckitlaw.com
         kreisinger@schuckitlaw.com
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
Counsel for Defendant Trans Union, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| **NICKALAS BRADSHAW** and **MEGAN BRADSHAW,**<br>　　　Plaintiffs,<br><br>　　vs.<br><br>**BAC HOME LOANS SERVICING, LP,** a foreign corporation; **TRANS UNION, LLC,** a foreign company; **EXPERIAN INFORMATION SOLUTIONS, INC.,** a foreign corporation; and **EQUIFAX INFORMATION SERVICES, LLC,** a foreign company;<br>　　　Defendants. | CASE NO. 3:10-cv-00438-HA<br><br>TRANS UNION, LLC'S NOTICE OF DESIGNATION OF CONFIDENTIALITY PURSUANT TO PROTECTIVE ORDER |

Page 1 – **TRANS UNION, LLC'S NOTICE OF DESIGNATION OF CONFIDENTIALITY PURSUANT TO PROTECTIVE ORDER**

Pursuant to the Stipulated Protective Order, paragraph five, entered April 12, 2011 [Doc. No. 47], Defendant Trans Union, LLC ("Trans Union") hereby specifically designates as confidential the following portions of the deposition transcript of its Federal Rule of Civil Procedure 30(b)(6) witness, Steven Reger, whose testimony was taken on April 29, 2011:

A. 11:7-19;

B. 16:3-20;

C. 18:20-25;

D. 19:1-25;

E. 20:1-25;

F. 21:1-22;

G. 22:4-8;

H. 24:18-25;

I. 25:1-21;

J. 26:19-25;

K. 27:1-25;

L. 28:1-8;

M. 30:16-25;

N. 31:1-3;

O. 32:10-21;

P. 33-10-22, 25;

Q. 24:1-15, 20-23;

R. 35:20-25;

S. 36:1-25;

Page 2 – **TRANS UNION, LLC'S NOTICE OF DESIGNATION OF CONFIDENTIALITY PURSUANT TO PROTECTIVE ORDER**

T.   37:1-25;

U.   38:1-13;

V.   39:9-25;

W.   40:1-25;

X.   41:1-25;

Y.   42:1-25;

Z.   43:1-25;

AA.  44:1-25;

BB.  45:1-5;

CC.  50:23-25;

DD.  51:1-21;

EE.  57:21-25;

FF.  58:1-6;

GG.  64:17-25;

HH.  66:11-18;

II.  68:14-25;

JJ.  69:1-25;

KK.  71:21-25;

LL.  72:1-2;

MM.  73:8-13;

NN.  74:2-25;

OO.  75:1-25;

PP.  76:1-12;

QQ. 80:12-21;

RR. 81:2-18.

        Respectfully submitted,

        SCHUCKIT & ASSOCIATES, P.C.

        *s/ William R. Brown*
        **William R. Brown, Esq.**
        (Admitted *Pro Hac Vice*)
        **Breanne J. Strubinger, Esq.**
        (Admitted *Pro Hac Vice*)
        **Karen Butler Reisinger, Esq.**
        (Admitted *Pro Hac Vice*)
        Telephone: 317-363-2400
        **Counsel for Defendant Trans Union, LLC**

        EMPLOYMENT LAW OUTSOURCING

        **Jennifer L. Bouman-Steagall, Esq.**
        OSB #000286
        Telephone: 503-704-4991
        **Local Counsel for Defendant Trans Union, LLC**