**JUSTIN M. BAXTER**
Oregon State Bar ID Number 992178
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**KEITH D. KARNES**
Oregon State Bar ID Number 033521
kkarnes@olsendaines.com
Olsen, Olsen & Daines
3995 Hagers Grove Road SE
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NICKALAS BRADSHAW**, **MEGAN BRADSHAW** | Case No. 3:10-CV-00438-HA |
| Plaintiffs, | PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' OMNIMUS MOTIONS |
| v. | |
| **BAC HOME LOANS SERVICING, LP**, a foreign corporation; **TRANS UNION, LLC**, a foreign company; **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES LLC**, a foreign company | |
| Defendants. | |

Page 1 - PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' OMNIMUS MOTIONS

Pursuant to LR 7.1 counsel for plaintiffs have made a good faith effort to contact opposing

counsel via telephone and email to meet and confer prior to filing this motion.  Defendants do

not oppose the motion.

POINTS AND AUTHORITIES

1.      <u>Motion to Allow Plaintiffs to File their Responses and Submissions under Seal.</u>

This Court has entered a stipulated protective order in this case, and defendants have

designated certain materials as confidential under that order.  Plaintiffs intend to rely upon some

of that designated material in their response to defendants' motions for summary judgment.

Accordingly, plaintiffs seek leave to file their responses and submissions under seal.  LR 3-8.

2.      <u>Motion to Allow Plaintiffs to File a Consolidated Memorandum in Opposition to
both Defendants' Motions, Which Exceeds the Page Limit for a Single Brief.</u>

Although plaintiffs' claims for relief against Experian and Trans Union are separate and

distinct, there are some legal and factual issues in the case which would be duplicated in separate

memoranda in opposition.  Plaintiffs anticipate that the consolidated memorandum may exceed

the 35-page limit of LR 7-2, but would not exceed the page limit of two separate briefs, i.e., 70

pages.  Accordingly, plaintiffs request leave to file a consolidated response to the separate

motions, which exceeds the regular 35-page limit.

3.      <u>Motion to Expand the Time to Respond from July 27, 2011 to August 5, 2011.</u>

Plaintiffs move for an order expanding the time for plaintiffs to respond to the motions for

summary judgment filed by Trans Union and Experian in this case, in light of plaintiffs' counsel,

Justin Baxter's jury duty in Clackamas County Circuit Court the week of July 25, 2011.  FRCP

6(b).

The Court previously granted plaintiffs' motion to extend the deadline by fourteen days.

Plaintiffs' counsel had hoped to be largely finished with the briefing by this week, saving only

edits and compilation for next week, and filing by July 27, 2011.  However, the briefing is not

completed, and jury duty will interfere with substantive briefing.  Accordingly, plaintiffs seek an

additional nine days to complete the responses, and file them on or before Friday, August 5,

2011.

DATED this July 21st, 2011.

Respectfully submitted,

/s/ Justin M. Baxter

_____

Justin M. Baxter, OSB #992178
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

Keith D. Karnes, OSB # 033521
kkarnes@olsendaines.com
Olsen, Olsen & Daines
3995 Hagers Grove Road SE
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375
Attorneys for Plaintiffs